**E-Filed 11/16/07**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIN YU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER, Director of Federal Bureau of Investigation,<br><br>　　　　　Defendants. | Case Number C 07-5256 JF<br><br>ORDER TO SHOW CAUSE |

　　　　On October 15, 2007, Plaintiff Bin Yu ("Yu") filed the instant "Complaint For Writ in the Nature of Mandamus." Plaintiff alleges that Defendants have failed to process his I-485 application in a timely manner.

　　　　Yu is a native and citizen of the People's Republic of China. Complaint ¶ 2. Yu is married to Di Zhang ("Zhang"), a United States citizen. *Id.* On May 1, 2005, Yu filed a Form I-485 with the United States Citizenship and Immigration Services ("USCIS") seeking to become a lawful permanent resident of the United States as a beneficiary of the Form I-130 petition filed

by Zhang. *Id.* Yu's application is still pending with the USCIS. *Id.* ¶ 9.

Yu alleges that, as a result, Defendants have violated the Administrative Procedures Act, 5 U.S.C § 701 et. seq. Yu requests that this Court enter an order compelling defendants to act upon his application.

Good cause appearing, IT IS HEREBY ORDERED as follows:

(1) The Clerk of the Court shall serve a copy of the complaint and a copy of this Order upon counsel for Defendants, the Office of the United States Attorney. The Clerk of the Court also shall serve a copy of this Order upon Plaintiff.

(2) Defendants shall, within sixty (60) days after receiving service of the complaint, show cause in writing why the relief prayed for should not be granted.

(3) Plaintiff may file a response to Defendants' filing within twenty (20) days after receipt of such filing.

(4) Unless otherwise ordered by the Court, the matter will be deemed submitted upon the filing of the response or upon the expiration of time to file a response.

(5) The order dated October 15, 2007, setting an Initial Case Management Conference and ADR deadlines, is hereby VACATED.

IT IS SO ORDERED.

DATED: 11/13/07

JEREMY FOGEL
United States District Judge

Case No. C 07-5256 JF
ORDER TO SHOW CAUSE
JFEX2

1  Copies of Order served on the following persons:

2

3  Plaintiff:

4  Justin X. Wang          justin@lawbw.com

5  Counsel for Defendants:

6  Office of the United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 07-5256 JF
ORDER TO SHOW CAUSE
JFEX2