1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12 BIN YU,                          )
                                    )  No. C 07-5256 JF
13          Plaintiff,              )
                                    )
14     v.                           )
                                    )  **STIPULATION TO DISMISS AND**
15 MICHAEL CHERTOFF, as Secretary of the ) **[PROPOSED] ORDER**
   Department of Homeland Security; )
16 ROBERT S. MUELLER, Director      )
   of Federal Bureau of Investigation, )
17                                  )
            Defendants.             )
18 _____ )

19     Plaintiff, by and through his attorney of record, and Defendants by and through their attorney

20 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

21 of the adjudication of Plaintiff's adjustment of status application (Form I-485).

22 ///

23 ///

24 ///

25 ///

26 ///

27

28

Stipulated Dismissal
C07-5256 JF                              1

1   Each of the parties shall bear their own costs and fees.

2   Dated: February 25, 2008								Respectfully submitted,

3												JOSEPH P. RUSSONIELLO
												United States Attorney

4

5												_____/s/_____
												ILA C. DEISS[1]
6												Assistant United States Attorney
												Attorneys for Defendants

7

8   Dated: February 25, 2008								_____/s/_____
9												JUSTIN X. WANG
												Attorney for Plaintiff

10

11

12								**ORDER**

13  Pursuant to stipulation, IT IS SO ORDERED.

14  Date:

15												_____
												JEREMY FOGEL
												United States District Judge

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulated Dismissal
C07-5256 JF                                                       2